IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

| | |
|---|---|
| JARED JOHNSON, Individually and on behalf ) of all others similarly situated, )<br><br>      )<br>      Plaintiff    )<br>      )<br>v.    )<br>      )<br>COMMONWEALTH FEDERAL CREDIT )<br>UNION a/k/a COMMONWEALTH CREDIT )<br>UNION    )<br>      )<br>      Defendant.    ) | CASE NO. 3:25-CV-00042-GFVT |

## <u>NOTICE OF FILING REPLACEMENT EXHIBITS</u>

Defendant Commonwealth Federal Credit Union, by and through their undersigned counsel, hereby gives notice of the filing of the attached replacement Exhibit A (Doc. 9-2) and replacement Exhibit C (Doc. 9-4) which both now contain proper redactions. Please replace the original Docs. 9-2 and 9-4 filed on October 28, 2025, with these redacted filings.

Dated: January 9, 2026         Respectfully submitted,

         **GORDON REES SCULLY MANSUKHANI, LLP**

         By:   */s/ John D. Clay, Jr.*
             John D. Clay, Jr. (KY Bar No. 96123)
             325 W. Main Street, Suite 2300
             Louisville, KY 40202
             Telephone: (502) 371-1262
             Email: cclay@grms.com
             *Attorney for Defendant*
             *Commonwealth Federal Credit Union*

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2026, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such to the following:

Andrew E. Mize
J. Gerard Stranch, IV
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
(615) 254-8801
amize@stranchlaw.com
gstranch@stranchlaw.com
*Attorneys for the Plaintiff,*
*Jared Johnson, Individually and on behalf*
*of all others similarly situated*

Samuel J. Strauss
Raina C. Borrelli
STRAUSS BORRELLI, PLLC
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
(872) 263-1100
sam@straussborrelli.com
raina@straussborrelli.com
*Attorneys for the Plaintiffs,*
*Jared Johnson, Individually and on behalf*
*of all others similarly situated*

Lynn A. Toops
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
(317) 636-6481
ltoops@cohenandmalad.com
*Attorneys for the Plaintiffs,*
*Jared Johnson, Individually and on behalf*
*of all others similarly situated*

*/s/ John D. Clay, Jr.*
John D. Clay, Jr.
*Attorney for Defendant*
*Commonwealth Federal Credit Union*