**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**FRANKFORT**

| | |
|---|---|
| **JARED JOHNSON, Individually and on behalf of all other similarly situated**<br><br>    **Plaintiff,**<br><br>**V.**<br><br>**COMMONWEALTH FEDERAL CREDIT UNION, a/k/a Commonwealth Credit Union**<br><br>    **Defendant.** | **CIVIL ACTION NO. 3:25-CV-42-KKC**<br><br><br>**ORDER** |

**\*\*\* \*\*\* \*\*\***

The Court declines to enter the Proposed Agreed Order tendered by the parties. (R. 44.) The caption indicates that the order grants Commonwealth an extension of time to respond to the complaint and leave to exceed the page limit, but the body of the tendered order does not mention the page limit. Accordingly, the Court hereby ORDERS as follows:

1) Defendant Commonwealth Federal Credit Union's deadline to answer, move, or otherwise respond to Plaintiff's Complaint is extended by two weeks, July 21, 2026 up to and including **August 4, 2026**.

2) To the extent that Commonwealth seeks further relief regarding the page limit, it must file a motion to that effect.

This 16th day of July, 2026.



Signed By:

*Karen K. Caldwell*

United States District Judge