**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**

| | |
|---|---|
| JARED JOHNSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH FEDERAL CREDIT UNION,<br><br>Defendant. | Case No. 3:25-cv-42-GFVT |

**ORDER**

This matter is before the Court on Defendant Commonwealth Federal Credit Union's Motion to Exceed Local Rule 7.1 Page Limit. The Court, having reviewed the Motion (DE 52), hereby ORDERS as follows:

1. Defendant Commonwealth Federal Credit Union Shall have up to 35 pages for its Motion to Dismiss Plaintiffs' First Amended Class Action Complaint.

SO ORDERED

Dated: October 9, 2026

**Signed By:**
***Karen K. Caldwell***
**United States District Judge**