**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**

JARED JOHNSON, individually and on behalf of all others similarly situated,

Plaintiff,

v.

COMMONWEALTH FEDERAL CREDIT UNION a/k/a COMMONWEALTH CREDIT UNION

Defendant.

Civil Action No. 3:25-cv-42

**ORDER ON PLAINTIFF'S MOTION TO EXTEND DEADLINES AND EXCEED PAGE LIMITS**

This matter is before the Court on Plaintiff Jared Johnson's Motion to Extend Deadlines and Exceed Page Limits. The Court, having reviewed the Motion, and for good cause shown, hereby ORDERS:

1. Plaintiff's Motion is GRANTED.
2. Pursuant to Local Rule 7.1(c), the deadlines for response and reply to Defendant's Motion to Dismiss shall be reset. D.E. 53. Plaintiff's deadline to respond to the Motion to Dismiss shall be November 12, 2026, and Defendant's deadline for a reply brief in support of its Motion to Dismiss shall be December 17, 2026.
3. Pursuant to Local Rule 7.1(d), Plaintiff's response to the Motion to Dismiss may not exceed thirty-five (35) pages.

IT IS SO ORDERED.

Karen K. Caldwell

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY